**Ederlinda Tirona BATOON; Ailene Rose Batoon, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–70765.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2011.*

Filed April 27, 2011.

Ravit Rae Halperin, Immigration Law Offices of R. Rae Halperin, Lancaster, CA, for Petitioners.

OIL, Carol Federighi, Esquire, U.S. Department of Justice, Theo Nickerson, Esquire, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Ederlinda Tirona Batoon and Ailene Rose Batoon, natives and citizens of the Philippines, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen deportation proceedings. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), we deny the petition for review.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The BIA did not abuse its discretion by denying petitioners' third and untimely motion to reopen, because the BIA considered the evidence submitted and acted within its broad discretion in determining that the evidence was insufficient to warrant reopening. *See Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir.2002) (The BIA's denial of a motion to reopen shall be reversed if it is "arbitrary, irrational, or contrary to law."); *In re Gutierrez–Lopez*, 21 I. & N. Dec. 479, 480 (BIA 1996) ("A case may not be administratively closed if opposed by either of the parties.").

**PETITION FOR REVIEW DENIED.**